SANDEN, APPELLANT, v. NORTHERN PACIFIC RAILWAY
CO., RESPONDENT.

(No. 2,668.)

(Submitted June 8, 1909.    Decided June 10, 1909.)

[102 Pac. 146.]

[For syllabus, see *Sanden* v. *Northern Pacific Railway Co., ante,*
p. 209.]

ACTION by Mina Sanden against the Northern Pacific Railway
Company. From an order granting defendant's motion for a
new trial on the minutes, plaintiff appeals. Affirmed.

*Mr. Jas. M. Hinkle,* and *Mr. Chas. A. Wallace,* for Appellant.

*Mr. Wm. Wallace, Jr., Mr. Jno. G. Brown,* and *Mr. R. F.
Gaines,* for Respondent.

MR. JUSTICE SMITH delivered the opinion of the court.

The record in this case discloses the same condition as that
existing in the case of *Frank Sanden, Appellant,* v. *Northern
Pacific Railway Company, Respondent (ante,* p. 209), 102 Pac.
145; and on authority of that case the order of the court below,
granting the defendant a new trial, is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY
concur.